UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BETTY J. HAY,

    Plaintiff,

v.                            Case No: 2:13-cv-873-FtM-38DNF

SETERUS, INC.,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on Joint Stipulation for Final Order of Dismissal with Prejudice (Doc. #27) filed on October 30, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. Rule 41(a)(1)(A) reads, in pertinent part,

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the parties indicate they have reached an amicable settlement of all matters and things in dispute and this matter is dismissed with prejudice. All parties have signed the stipulation. Thus, this matter is due to be dismissed with prejudice.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

Joint Stipulation for Final Order of Dismissal with Prejudice (Doc. #27) and Rule 41(a)(1)(A)(ii), the Amended Complaint (Doc. #15) is **DISMISSED with prejudice**. The Clerk is directed to close the file, terminate any and all pending motions, and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th day of October, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record